IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAVID MICHAEL SUMMERS,
    Petitioner,

vs.                                             Case No.:  3:12cv274/MCR/EMT

KENNETH TUCKER,
    Respondent.
_____/

## SUPPLEMENTAL REPORT AND RECOMMENDATION

After the undersigned issued a Report and Recommendation in this matter, Petitioner filed an amended petition and an additional motion to stay (docs. 14, 15).  Upon review of the documents, the undersigned concludes that neither document changes the reasoning or result of the previously issued Report and Recommendation, which recommended dismissal of this habeas action for lack of jurisdiction (doc. 12).

Accordingly, it is respectfully **RECOMMENDED**:

1. That this habeas action be **DISMISSED** for lack of jurisdiction.
2. That Petitioner's motions for stay (docs. 4, 15) be **DENIED** as moot.
3. That a certificate of appealability be **DENIED**.

At Pensacola, Florida, this 13th day of July 2012.

                              */s/ Elizabeth M. Timothy*
                              **ELIZABETH M. TIMOTHY**
                              **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

  Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).