IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAVID MICHAEL SUMMERS,
    Petitioner,

vs.                                    Case No.:  3:12cv274/MCR/EMT

KENNETH TUCKER,
    Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation and Supplemental Report and Recommendation (docs. 12, 17). Petitioner has been furnished a copy of each document and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation and Supplemental Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation as supplemented should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation (doc. 12) as supplemented in the Supplemental Report and Recommendation (doc. 17) is adopted and incorporated by reference in this order.

2. This habeas action is **DISMISSED** for lack of jurisdiction.

3. Petitioner's motions for stay (docs. 4, 15) are **DENIED** as moot.

4. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 20th day of August, 2012.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**