IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAVID MICHAEL SUMMERS,
    Petitioner,

vs.                                  Case No.:  3:12cv274/MCR/EMT

KENNETH TUCKER,
    Respondent.
_____/

## O R D E R

    Subsequent to the entry of final judgment in this case, the petitioner's timely filed objections were received by mail (doc. 22).  Accordingly, the court will vacate the prior order and judgment to allow for consideration of the objections.  Therefore, this cause is now before the court on the magistrate judge's Report and Recommendation and Supplemental Report and Recommendation (docs. 12, 17).  Petitioner has been furnished a copy of each document and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The court has now made a de novo determination of the timely filed objections (doc. 22).

    Having fully considered the Report and Recommendation and Supplemental Report and Recommendation, and the objections, the court concludes that the Report and Recommendation as supplemented should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The Clerk is directed to vacate the previously entered order (doc. 20) and judgment (doc. 21), and enter judgment pursuant to this order.

    2.    The magistrate judge's Report and Recommendation (doc. 12) as supplemented in the Supplemental Report and Recommendation (doc. 17) is adopted and incorporated by reference in this order.

    3.    This habeas action is **DISMISSED** for lack of jurisdiction.

    4.    Petitioner's motions for stay (docs. 4, 15) are **DENIED** as moot.

5. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 24th day of August, 2012.

*M. Casey Rodgers*
M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE